UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LILLIE LEON,

                Plaintiff,                       **ORDER**
                                                                     CV 10-2725 (JFB) (ARL)

      -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.
------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

     Before the court is counsel for plaintiff's letter application dated May 17, 2011, seeking leave to withdraw as counsel of record. As there is no indication that the May 17, 2011 letter was served on his client, Mr. Alexander is directed to serve a copy of his application on plaintiff forthwith.

     Plaintiff's counsel is directed to file on ECF a three page letter application pursuant to Local Civil Rule 37.3(c) seeking leave to withdraw as attorney of record for plaintiff pursuant to Local Civil Rule 1.4 and may, in his application, seek leave to e-file the motion under seal pursuant to the Steps for E-filing Sealed Documents in Civil Cases posted on the Eastern District of New York web site on or before June 1, 2011.

Dated:   Central Islip, New York           **SO ORDERED:**
         May 18, 2011

                                                               _____/s/_____
                                                               ARLENE ROSARIO LINDSAY
                                                               United States Magistrate Judge